PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Yamil Medina                                    Cr.: 06-00374-001
                                                                  PACTS #: 42033

Name of Sentencing Judicial Officer: Honorable Stanley R. Chesler
United States District Judge

Original Offense: Conspiracy to Possess with Intent to Distribute Cocaine Base

Date of Original Sentence: 07/19/2007

Original Sentence: Imprisonment - 57 months; Supervised Release - 5 years; Special Assessment - $100;
Fine - $2,500

Type of Supervision: Supervised Release                 Date Supervision Commenced: 12/18/2010

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.                  The offender has violated the supervision condition which states 'You shall not
                    commit another federal, state, or local crime.'

                    Specifically, on January 25, 2014, the offender was arrested by the Toms River, New
                    Jersey, Police Department and charged with driving under the influence of alcohol.
                    According to the police report, and by account of the offender, he was stopped while
                    driving shortly after leaving his girlfriend's residence, after police observed him failing
                    to maintain a proper lane. Field sobriety tests were administered, which he failed to
                    pass, and he was given a Breathalyzer test which indicated a 0.12 BAC. The case
                    remains pending and a court date of July 16, 2014, in Toms River Municipal Court has
                    been scheduled.

U.S. Probation Officer Action:

At this point in time, the offender remains under the close scrutiny of the undersigned officer. He has been
randomly tested for substance abuse, including alcohol since the aforementioned arrest, and found to have
been testing free of any ongoing substance abuse. Additionally, he has been instructed to complete a
Lifeskills Book, which will provide the offender with additional insight on the perils of substance abuse. We
believe that an increase in the frequency of testing, as well as requiring the offender to complete the
workbook, shall suffice as a sanction at this time. We will inform the Court immediately of any additional
information as the circumstances arise, and/or any filing of criminal charges against the offender. We would
request that the Court take no action at this time.

PROB 12A - Page 2
Yamil Medina

Respectfully submitted,

By: Carolyn S. Johnson
U.S. Probation Officer
Date:  06/11/2014

[ X ]  The Court Concurs with the Recommendation of the Probation Officer
[  ]  Submit a Request for Modifying the Conditions or Term of Supervision
[  ]  Submit a Request for Warrant or Summons
[  ]  Other

Signature of Judicial Officer

6/12/14

Date